

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 30 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA ex rel. YVETTE ODUMOSU, and STATE OF GEORGIA, ex rel. YVETTE ODUMOSU, | CIVIL ACTION NO. |
| Plaintiff, | 1:11-CV-1007-AT |
| v. | FILED EX PARTE AND UNDER SEAL |
| PEDIATRIC SERVICES OF AMERICA HEALTHCARE, | |
| Defendant. | |

### ORDER

The State of Georgia, pursuant to the Georgia False Medicaid Claims Act, O.C.G.A. § 49-4-168.2(c)(2) and (4), having intervened in part in this action for the purpose of effectuating the settlement agreement (the "Settlement Agreement") between the State of Georgia and defendant Pediatric Services of America ("PSA"), and having declined to intervene with respect to Relator's allegations on

behalf of Georgia that are not covered by the Settlement Agreement, IT IS HEREBY ORDERED as follows:

1. Relator's Complaint, the State of Georgia's Notice of Election to Intervene In Part and To Decline to Intervene in part, the proposed Order, and this Order shall be unsealed.

2. All other contents of the Court's file and associated docket entries (including the electronic CM/ECF docket report) in this action shall remain under seal and shall not be made public or served upon PSA, except as otherwise provided by the Court.

3. The seal shall be lifted on all other matters occurring in this action after the date of this Order.

SO ORDERED this 30th day of July, 2015.

_____
THE HON. AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

Presented by:

_____
ELIZABETH S. WHITE
ASSISTANT ATTORNEY GENERAL